UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and MAGGIE ASTOR,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | No. 26-cv-7304 |

**MOTION TO WITHDRAW AS ATTORNEY**

PLEASE TAKE NOTICE that Jackson Busch respectfully moves to withdraw as counsel for Plaintiffs The New York Times Company and Maggie Astor in the above-captioned case, as September 11, 2026 is the last day of his fellowship at The Times. Plaintiffs will continue to be represented by David McCraw of The New York Times Company, who has appeared in this action.

Dated: New York, New York
September 11, 2026

*/s/ Jackson Busch*

Jackson Busch
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: jackson.busch@nytimes.com

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 1.4(b), I certify that on September 11, 2026, I caused the foregoing document to be served electronically upon all parties by filing it through the Court's CM/ECF system and emailing it to Jeffrey Oestericher, Chief of the Civil Division at the U.S. Attorney's Office for the Southern District of New York.

*/s/ Jackson Busch*
Jackson Busch