**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 24, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *The New York Times Company et al v. Department of Health and Human Services,* 26 Civ. 7304 (PAE)

Dear Judge Engelmayer:

This Office represents Defendant the Department of Health and Human Services ("HHS") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974 ("PA"), 5 U.S.C. § 552a, *et seq*. I write on behalf of the parties in advance of the December 1, 2026 initial conference to submit a joint letter providing the information set forth in the Court's September 28, 2026 Notice of Initial Pretrial Conference. ECF No. 11.

While the Court's order scheduling the initial case management conference also requires the parties to submit a proposed case management plan and discovery schedule, the parties respectfully request that they be relieved of these obligations. Local Civil Rule 16.1 exempts FOIA cases from the requirement of a mandatory scheduling order contained in Federal Rule of Civil Procedure 16, and it is unlikely to involve civil discovery. Rather, the parties expect that this case will be resolved either through the parties' agreement, or by the submission of cross-motions for summary judgment based on agency declarations. *See Wood v. FBI*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). Should the need for discovery arise, the parties offer to submit the necessary scheduling order at that time.

The parties are working to reach agreement on a processing schedule in a timely fashion. The government is in the process of gathering information about the requests and expects to confer with Plaintiffs the week of November 30, 2026 regarding the agency's processing rate and anticipate schedule for making productions.

The information requested in the Court's September 28, 2026 Order is included below:

**1. A brief description of the case, including the factual and legal basis for the claims(s) and defense(s), and the history of the case.**

Plaintiffs bring suits pursuant to FOIA seeking certain records relating to nominations, applications and interviews for membership on the United States Preventative Services Task Force ("USPSTF"). *See* Complaint, ECF No. 1. Plaintiff submitted FOIA requests to HHS on June 3, 2026 and on June 15, 2026. After the agency did not issue a determination, Plaintiffs initiated this action on August 27, 2026. ECF No. 1. Defendant answered the Complaint on October 21, 2026. ECF No. 13.

**2. Anticipated motions.**

The parties do not anticipate any issues regarding jurisdiction or venue, and there are no contemplated motions pursuant to Federal Rule of Civil Procedure 12(b) or 12(c). The parties expect that the major legal and factual issues in this matter will concern the adequacy of the agency's search and whether any exemptions asserted are justified. *See Carney*, 19 F.3d at 812.

**3. The prospect of settlement.**

The parties expect to meet and confer regarding a processing schedule for the production of non-exempt responsive records, after which the parties will assess whether any disputes remain.

In light of the parties' ongoing discussion regarding a processing schedule, the parties respectfully propose to submit joint status reports every thirty days, beginning December 28, 2026.

* * *

The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Kamika S. Shaw*
KAMIKA S. SHAW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
E-mail: kamika.shaw@usdoj.gov

CC: Plaintiffs' counsel (by ECF)